```
                         UNITED STATES BANKRUPTCY COURT
                         MIDDLE DISTRICT PENNSYLVANIA
IN THE MATTER OF:                                                  PAGE    1
                                        )   CHAPTER 13
                                        ) CASE NO.     50752208 RNO
MICHAEL ALLEN WERNER                    )
                                        )   DATE FILED: 08/30/2007
                                        ) DATE CONFIRMED:
2856 ALLEGHENY DRIVE                    ) DATE CONCLUDED: 11/19/2007
BLAKESLEE, PA  18610         DEBTOR (S) )
                                        )
----------------------------------------)


                       STANDING CHAPTER 13 TRUSTEE'S
                               FINAL REPORT
                        NOT CONFIRMED(AND DISMISSED)


   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
------------------------------------------ ------------------------------------
                                            Amount       Paid
Claim Creditor's Name                       Allowed      to Date    Balance Due
------------------------------------------ ------------------------------------

REFUND TO DEBTOR
999 **MICHAEL ALLEN WERNER                    0.00         0.00           0.00
                                                       -------------
                                                           0.00
DEBTOR ATTORNEY
000 PRO SE                                    0.00         0.00           0.00
                                                       -------------
                                                           0.00

-------------------------------------------------------------------------------
   TOTAL RECEIPTS        DISBURSED          TRUSTEE FEES         CASH ON HAND
        0.00                0.00                0.00                 0.00
-------------------------------------------------------------------------------
```

```
                                        )    CHAPTER 13
                                        ) CASE NO.     50752208 RNO
MICHAEL ALLEN WERNER                    )
                                        )    DATE FILED: 08/30/2007
                                        ) DATE CONFIRMED:
2856 ALLEGHENY DRIVE                    ) DATE CONCLUDED: 11/19/2007
BLAKESLEE, PA  18610        DEBTOR (S)  )
                                        )
-------------------------------------------)
```

STANDING CHAPTER 13 TRUSTEE'S
FINAL REPORT
NOT CONFIRMED(AND DISMISSED)

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her as Trustee and releasing the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.


```
                       ------------------------------------
                       CHARLES J. DEHART, III

                       PO BOX 410
                       HUMMELSTOWN, PA  17036
```


PRINTED   11/19/07